UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEA TAYLOR GREEN, as personal
Representative of the Estate of
Gary Glenn Gentry, deceased,

     Plaintiff,

v.

MEDALLION MANAGEMENT, INC., et al.,

     Defendants.

_____/

Case No. 1:18-cv-761

HON. JANET T. NEFF

## <u>ORDER</u>

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 29) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than <u>July 5, 2019</u>.

Dated:  June 10, 2019

     /s/ Janet T. Neff
     JANET T. NEFF
     United States District Judge