# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LEA TAYLOR GREEN, as personal
Representative of the Estate of Gary
Glenn Gentry, deceased,

      Plaintiff,

vs.

MEDALLION MANAGEMENT,
INC., a Michigan corporation, and
PORTAGE HEARTHSIDE
LIMITED DIVIDEND HOUSING
ASSOCIATION LIMITED
PARTNERSHIP, a Michigan limited
partnership,

      Defendants.

CASE NO. 1:18-cv-00761

HON.  JANET T. NEFF

---

William F. Piper (P38636)
WILLIAM F. PIPER, PLC
Co-Counsel for Plaintiff
1611 W. Centre Ave., Suite 209
Portage, MI  49024
P:  (269) 321-5008
Email:  wpiper@wpiperlaw.com

Mechelle A. Woznicki (P81638)
WOZNICKI LAW PLC
Counsel for Plaintiff
1918 W. Milham Avenue
Portage, MI 49024
P:  (269) 692-5244
Email:  mechelle@woznickilaw.com

Valerie H. Mock (P55572)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
Attorney for Defendants
17197 N. Laurel Park Drive, Suite 201
Livonia, MI 48152
P:  (313) 327-3100
Email: valerie.mock@wilsonelser.com

---

5662965v.1

### PROPOSED STIPULATED ORDER OF DISMISSAL

The Plaintiff, LEA TAYLOR GREEN, as Personal Representative of the Estate of Gary Gentry, by and through her attorneys, WILLIAM F. PIPER, PLC and WOZNICKI LAW, PLC and the Defendants, MEDALLION MANAGEMENT, INC. and PORTAGE HEARTHSIDE LIMITED DIVIDEND HOUSING ASSOCIATION LIMITED PARTNERSHIP, by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP and VALERIE H. MOCK, do hereby stipulate and agree to the dismissal of any and all claims pending in this matter by Plaintiff against Defendants with prejudice and with no costs or fees to any party.

**IT IS HEREBY ORDERED** that any and all claims pending in this matter by Plaintiff against Defendants are dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

_____
Hon. Janet T. Neff

Approved as to form and content for entry:

By: */s/ William F. Piper (w/consent)*
WILLIAM F. PIPER (P38636)
Attorney for Plaintiff

By: */s/ Valerie H. Mock*
VALERIE H. MOCK (P55572)
Attorney for Defendant

Dated: July 08, 2019

Dated: July 08, 2019

5662965v.1

By: */s/Mechelle A. Woznicki (w/consent)*
MECHELLE A. WOZNICKI (P81638)
Attorney for Plaintiff

Dated: July 08, 2019